```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

**JOSEPH EDWARD WILLIAMS,**           :
                                       :
    **Petitioner,**                   :
                                       :
**vs.**                                :
                                       :   **CIVIL ACTION No. 06-00775-CB-B**
**DAVID O. STREIFF,** *et al.,*        :
                                       :
    **Respondents.**                  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

    **DONE** this 14th day of March, **2008**.


                                            *s/Charles R. Butler, Jr.*
                                            **Senior United States District Judge**